UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**    20CV327                                  **DATE:** April 16, 2020

**TITLE:**   Legacy Church vs Kunkel, et al

**COURTROOM CLERK:** J. Wright              **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**  9:00AM-10:27AM       **TOTAL TIME:**  1 HOUR; 27 MINUTES

**TYPE OF PROCEEDING:** MOTION FOR TEMPORARY RESTRAINING ORDER [DOC. 9]

**COURT RULING:**    TAKEN UNDER ADVISEMENT

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Diego Esquibel                              Matthew Garcia for Ms. Kunkel
Colin Hunter                                Nicholas Sydow for State of New Mexico
Jordy Stern

**PROCEEDINGS:**

9:00 AM    COURT IN SESSION; COUNSEL ENTER APPEARANCES.  MR. SYDOW APPEARS TELEPHONICALLY.

9:02PM     COURT ADVISES HE WILL FILE THE ANTICIPATED MEMORANDUM OPINION BY 2:30PM ON APRIL 17, 2020.

9:03AM     MR. HUNTER ARGUES PLAINTIFF'S MOTION

9:15AM     COURT DISCUSSES STANDARD OF REVIEW FOR FREE EXERCISE.

9:25AM     MR. GARCIA FOR MS. KUNKEL RESPONDS.

9:51AM     NICHOLAS SYDOW RESPONDS FOR THE STATE OF NEW MEXICO

10:04AM    MR. HUNTER REBUTS.

10:23AM    COURT INQUIRES WHEN PARTIES WISH TO SET A PRELIMINARY INJUNCTION HEARING

10:26AM    COURT SETS HEARING ON PRELIMINARY INJUNCTION ON APRIL 30, 2020 AT 8:30 AM.

10:26AM    COUNSEL HAVE NOTHING FURTHER; COURT STANDS IN RECESS.