UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   20-CV-327               **DATE:**   April 17, 2020

**TITLE:**   *Legacy Church vs Kunkel et al*

**COURTROOM CLERK:** J. Wright        **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   12:32PM-12:49PM        **TOTAL TIME:**   17 MINUTES

**TYPE OF PROCEEDING:**   MOTION FOR AMICUS

**COURT RULING:**     GRANTED

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| Jordy Stern | Matthew Garcia for Kathyleen Kunkel |
| | Nicholas Sydow for the State of New Mexico |
| | Blair Dunn for Amicus Becket Foundation for Religious Liberty |
| | Mark Rienzi for Amicus Becket Foundation for Religious Liberty |
| | William Haun for Amicus Becket Foundation for Religious Liberty |
| | Peter Torstensen for Amicus Becket Foundation for Religious Liberty |

**PROCEEDINGS:**

12:32PM    COURT IN SESSION; COUNSEL APPEAR BY PHONE AND ENTER THEIR APPEARANCES

12:32PM    MR. DUNN FOR AMICUS AND MR. RIENZI FOR AMICUS ARGUES THEIR MOTION;

PLAINTIFF STATES HIS POSITION

12:39PM    MR GARCIA REBUTS AND REQUESTS MOTION BE DENIED

12:39PM    MR SYDOW FOR THE STATE IS OPPOSED DUE TO TIMING

12:41PM    MR. RIENZI REBUTS.

12:43PM    COURT WILL GRANT THE MOTION. COUNSEL IS WELCOME TO RESPOND BUT COURT WILL

ADHERE TO THE PREVIOUSLY SET DEADLINE FOR THE ISSUANCE OF THE OPINION.

12:49PM    COUNSEL HAVE NOTHING FURTHER; COURT STANDS IN RECESS.